NO FEE DUE
GOV'T CODE § 6103

LEWIS BRISBOIS BISGAARD & SMITH LLP
ARTHUR K. CUNNINGHAM, SB# 97506
  E-Mail: Arthur.Cunningham@lewisbrisbois.com
STEPHANIE J. TANADA, SB# 257769
  E-Mail: Stephanie.Tanada@lewisbrisbois.com
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909.387.1130
Facsimile: 909.387.1138

Attorneys for Defendant
COUNTY OF RIVERSIDE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ENRIQUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>    Defendants. | CASE NO. 16-CV-2431 R (KKx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date:   None Set |

GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED THERETO, IT IS ORDERED, ADJUDGED AND DECREED:

    1.    The Complaint, in its entirety and as to each and every claim for relief as against COUNTY OF RIVERSIDE, only, is dismissed with prejudice.

    2.    The settlement is further memorialized in a written settlement agreement.

    3.    The parties shall bear their own costs, expenses and attorneys' fees arising out of and/or connected with this matter, including any such fees or expenses potentially recoverable under 42 U.S.C. Sec. 1988.

    4.    This Order is the result of a compromise of disputed claim. It is not to

/ / /

/ / /

be considered as an admission of liability and/or responsibility with regard to the incident, occurrence, casualty or event referenced in the pleadings herein.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: April 27, 2017

By: _____
Hon. Manuel Real
United States District Judge